# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARIA SOLEDAD DUENAS, | ) | 3:03-CV-177-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 8, 2005 |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI             REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed a Motion to Strike Exhibits (Doc. #81).  Defendant requests an order striking Exhibits F, G, H, I, J, K, L and M which Plaintiff has attached as exhibits to her Memorandum opposing Summary Judgment (Doc. #79) and her Cross-Motion for Summary Judgment (Doc. #80).

There has been no opposition to the Motion by the Plaintiff.  LR 7-2(d) provides that "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

Over and above Plaintiff's failure to oppose the Motion, it appears that Defendant's objections to the Exhibits are well taken and the Motion (Doc. #81) should be granted on the merits.

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Exhibits (Doc. #81) is **GRANTED**.

LANCE S. WILSON, CLERK

/S/

By:_____
Deputy Clerk